# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**14**
**CA 10-00481**
PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, GREEN, AND GORSKI, JJ.

---

OTU A. OBOT, PLAINTIFF-APPELLANT,

V                                                                    ORDER

NATIONAL FUEL GAS DISTRIBUTION CORPORATION,
DEFENDANT-RESPONDENT.
(APPEAL NO. 1.)

---

OTU A. OBOT, PLAINTIFF-APPELLANT PRO SE.

FELDMAN KIEFFER, LLP, BUFFALO (BRIAN BOGNER OF COUNSEL), FOR
DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered February 8, 2010. The order granted the motion of defendant for permission to enter plaintiff's residence for the purpose of moving the interior gas meter to the exterior.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  February 10, 2011                          Patricia L. Morgan
                                                     Clerk of the Court